ORIGINAL

IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

PATRICK LAVENDER,
    Petitioner,

V.

D. DREW, WARDEN, &-
UNITED STATES OF AMERICA,
    Respondents.

CASE No. 2:07CV22-F

8:03-CR-184-T-30EAJ,-
(TAMPA), FL.

## NOTICE OF HABEAS PETITION TYPO-CONCERNING DATES, -AND CORRECTION THEREOF.

COMES NOW PATRICK LAVENDER, in the above referenced cause, a Writ for Habeas Corpus, and gives Notice of inadvertent Typo--Error concerning some dates stated in the Petition. Correction is hereby made, as follows:

1. ON **PAGE THREE**, (PAGE THREE), Habeas Corpus Petition, at the **Third Paragraph**, **Line 5**, it was stated that: "The Arraignment itself was **Postphoned** until **May 12, 2006**. This **Typo** should read: -**MAY 12, 2003**.

2. In the **"AFFIDAVIT OF FACTS"** Section of the Habeas Petition, (PAGE SIX), of Petition, at **ITEM-(7.)**, it states that "A criminal complaint was filed May 7,_2006_. The corrected Typo should read: **MAY 7,-2003**.

CORRECTED AS SUBMITTED,

THIS __11__ DAY OF **JANUARY**, 2007,

/s/ _Patrick L._
PATRICK LAVENDER, PRO-SE

(0).

## PROOF OF SERVICE

I, PATRICK LAVENDER, Petitioner in the referenced cause, a Writ for Habeas Corpus, do hereby swear and affirm that I have caused true copy of the foregoing-"**NOTICE OF HABEAS PETITION-TYPO-CONCERNING DATES AND CORRECTION THEREOF**", to be placed in the mail box of this Institution, correct U.S. Postage affixed and addressed to th following parties:

D. DREW, WARDEN
F.P.C. MAXWELL AIR FORCE BASE
MONTGOMERY, ALABAMA, 36112

ANTHONY E. PORCELLI,
Assistant United States Attorney
400 North Tampa Street, Suite 3200
TAMPA, FLORIDA,            33602

DONE, THIS _11_ DAY OF JANUARY, 2007,

By-
/s/ _[signature]_
PATRICK LAVENDER, Petitioner, Pro-Se
#41071-018, MOBILE-E
F.P.C. Maxwell Air Force Base
MONTGOMERY, ALABAMA, 36112

(PAGE TWO)