IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LAVENDER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-22-MEF |
| ) | [WO] |
| ) | |
| DARLENE DREW, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to correct typographical errors concerning dates filed by the petitioner on January 16, 2007 (Court Doc. No. 3), in which the petitioner seeks to correct two (2) dates referenced in his petition, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the Recommendation entered on January 11, 2007 (Court Doc. No. 2) remain in full force and effect as the corrections undertaken upon motion of the petitioner in no way impact the findings contained in the Recommendation.

Done this 17th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE