IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LAVENDER, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:07-cv-022-MEF |
| ) | |
| DARLENE DREW, ) | |
| ) | |
| Respondent. ) | |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #5) filed on January 19, 2007 is overruled;

(2)  The Recommendation of the United States Magistrate Judge entered on January 11, 2007 (Doc. #2) is adopted;

(3)  The 28 U.S.C. § 2241 petition for habeas corpus relief filed by Patrick Lavender is DENIED and that this case is dismissed with prejudice.

DONE this the 8th day of March, 2007.

          /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE