IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF RECEIVED
NORTHERN DIVISION

2007 MAR 13 A 9:52

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PATRICK LAVENDER,             *

      Petitioner,         *

                        *

VS.                           *   CASE NO. - 2:07-cv-022-MEF

                        *

DARLENE DREW, and USA,        *

      Respondents.        *
_____/

## NOTICE OF APPEAL

PLAINTIFF/PETITIONER PATRICK LAVENDER, appears in Pro-Se, and gives NOTICE OF APPEAL to the Eleventh Circuit Court of Appeals, from this Court's flagrant denial of Due Process of Law, in failure to address Petitioner's fundamental Jurisdictional claims in his Habeas Corpus 28 USC.§2241 petition, <u>summarily denied in error by this court</u>, by final order of March 8, 2007. (ORDER ATTACHED.)

                      Notice of Appeal, so given,

               THIS _12_ DAY OF MARCH, 2007,

                      By-

                /s/ _[signature]_____
                PATRICK LAVENDER, Petitioner, Pro-Se
                # _41071-018_____, MOBILE- _E_ ,
                F.P.C. MAXWELL AIR FORCE BASE
                MONTGOMERY, ALABAMA, 36112

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| PATRICK LAVENDER, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:07-cv-022-MEF |
| | ) |
| DARLENE DREW, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is dismissed with prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 8th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

PATRICK LAVENDER, PRO-SE
# 41071-018, MOBILE E
FEDERAL PRISON CAMP, MAXWELL A.F.B.
MONTGOMERY, ALABAMA, 36112

MONTGOMERY AL 361

12 MAR 2007 PM 3 T

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ONE CHURCH STREET
MONTGOMERY, ALABAMA, 36104